IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| E-CONTACT TECHS., LLC, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | Civil Action No. 1:12-cv-85 |
| v. | § | |
| | § | |
| HUGHES COMMUNICATIONS, INC. *et al*, | § | |
| | § | |
| *Defendants*. | § | |

**ORDER OF DISMISSAL**

Before the court is the parties' Stipulated Motion for Dismissal [Doc. # 26]. The court is of the opinion that the motion should be GRANTED.

IT IS THEREFORE ORDERED that Plaintiff E-Contact Technologies, LLC's claims against Defendants Hughes Communications, Inc. and Hughes Network Systems, LLC are DISMISSED WITH PREJUDICE. Defendants' counterclaims against E-Contact are DISMISSED WITHOUT PREJUDICE. Attorney's fees shall be borne by the party incurring the same.

So **ORDERED** and **SIGNED** on April 22, 2013.

Ron Clark

Ron Clark, United States District Judge